IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
CLARKSBURG DIVISION

**LADONNA LATHON,**

  **Plaintiff,**

**v.**               CIVIL ACTION NO. 1:23-CV-69
                (KLEEH)

**UNITED SUMMIT CENTER, INC.,**

  **Defendant.**

### ORDER OF DISMISSAL

  COMES NOW, the Plaintiff, Ladonna Lathon, by and through counsel, Ambria M. Britton, Esq., and hereby notifies this Honorable court that all matters set forth in the above-styled action have been settled and agreed upon.

  For good cause shown and there being no objection thereto, it is hereby **ORDERED** that this matter shall be and is hereby **DISMISSED WITH PREJUDICE** and **STRICKEN** from the Court's docket**.**

  The Clerk shall transmit copies of this order to the parties or their counsel of record.

**ENTERED** this_____3rd_____day of_____June_____, 2024.

                   _/s/ Tom S. Kleeh_
                   HONORABLE THOMAS S. KLEEH

Prepared by:

*/s/ Ambria M. Britton, Esq.*
Ambria M. Britton, Esq. (12053)
Klie Law Offices
21 E. Main St., Suite 160
Buckhannon, WV 26201
(304) 472-5007
Facsimile: (304) 472-1126
abritton@klielawoffices.com
*Counsel for Plaintiff*